Robert J. Brener, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs Ally Financial Inc. and Ally Bank
750 Lexington Ave.
New York, NY 10022
212-308-4411
rbrener@eapdlaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------

| | | |
|---|---|---|
| ALLY FINANCIAL INC.<br>and ALLY BANK, | : | Docket No. 10-cv-4702 (NG) |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| vs. | : | **ORDER TO SHOW CAUSE** |
| | : | |
| LEE DODGE, INC.<br>and ROBERT A. LEE, JR., | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------

Upon Plaintiffs Ally Financial, Inc. and Ally Bank's (together hereinafter "Ally") application, including the Declaration of Robert J. Brener, with exhibits annexed thereto, and a memorandum of law, it is hereby

ORDERED that Defendants Lee Dodge, Inc. ("Dealership") and Robert A. Lee, Jr. ("Lee") show cause before this Court at _____ on

_____, 2011 at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why an order should not be entered:

(i)        holding the Dealership and Lee in contempt of court for refusing to comply with the Information Subpoenas and Subpoenas Duces Tecum served on them on or about April 22, 2011;

NWK 238885.1

(ii)        requiring the Dealership and Lee to fully comply with the Information Subpoenas within five days of the entry of the order;

(iii)       requiring the Dealership and Lee to produce the documents sought in the Subpoenas Duces Tecum within five days of the entry of the order;

(iv)       requiring Lee to appear for a deposition under oath to testify fully about his personal assets and the assets of the Dealership within 14 days of the entry of the order unless the parties mutually agree to another date; and

(v)        requiring the Dealership and Lee to pay Ally its reasonable expenses incurred in making the within motion for contempt and to compel, including its attorneys' fees, within seven days after receipt of an itemized description of the expenses.

ORDERED that service of a copy of this order to show cause together with the papers filed in support thereof, on counsel for defendants by overnight mail no later than _____, 2011 be deemed good and sufficient service; and it is further

ORDERED opposition papers shall be filed and served by overnight mail no later than _____, 2011; and reply papers in further support of this application shall be filed and served by overnight mail no later than _____, 2011.

Dated: June __, 2011

<br/>

_____
                U.S.D.J.