**THE MARGOLIS LAW FIRM LLC**
Attorneys at Law
110 Wall Street (12th Floor)
New York, New York 10005
(973) 239-3000
sdobbs@mgm-lawfirm.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLY FINANCIAL INC. and ALLY BANK, <br><br> Plaintiffs, <br><br> v. <br><br> LEE DODGE, INC. and ROBERT A. LEE, JR., <br><br> Defendants. | DOCKET NO.: 10-CV-4702 (NG) <br><br> Civil Action <br><br> NOTICE OF CROSS-MOTION FOR EXTENTION OF TIME TO RESPOND TO PLAINTIFFS' POST-JUDGMENT DISCOVERY DEMANDS ON SHORT NOTICE |

**NOTICE OF CROSS-MOTION BY DEFENDANTS FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFS' POST-JUDGMENT DISCOVERY DEMANDS ON SHORT NOTICE**

To:    Robert J. Brener, Esq.
       Edwards, Angell, Palmer & Dodge LLP
       750 Lexington Avenue
       New York, New York 10022
       Attorneys for Plaintiffs Ally Financial Inc. and Ally Bank

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Robert A. Lee, Jr. and the exhibits thereto, and the accompanying Memorandum of Law in support of Defendants' Cross-Motion for an Extension of Time to Respond to Plaintiffs', Ally Financial, Inc. and Ally Bank (collectively referred to hereinafter as "Ally") Post-Judgment Discovery, and in opposition to Plaintiffs' Motion for Contempt and to Compel Defendants to Respond to Post-Judgment Discovery Demands and to Appear for a Deposition, by their attorneys, The Margolis Law Firm LLC, shall move this Court before

The Honorable Marilyn D. Go, U.S.M.J on June 27, 2011, or as soon thereafter as the Court permits, for an Order granting Defendants an extension of time to respond to Plaintiff's post-judgment discovery; ordering that any deposition of Robert A. Lee, Jr. shall be postponed until such time that he is not at risk of physical injury by participating in same; and denying Plaintiff's Motion for contempt and to compel Defendants to respond to post-judgment discovery demands and to appear for a deposition in its entirety.

PLEASE TAKE FURTHER NOTICE that Defendants hereby request oral argument.

Respectfully Submitted,

**THE MARGOLIS LAW FIRM LLC**
Attorneys for Defendants

_/s/ Seth L. Dobbs_
By:    Seth L. Dobbs (SLD-2277)
       Martin G. Margolis (MGM-0998)
       5 Becker Farm Road, 4th Floor
       Roseland, NJ 07068-0420
       T: (973)239-3000
       F: (973)239-4987

Dated: June 21, 2011