# THE MARGOLIS LAW FIRM LLC
ATTORNEYS AT LAW
FIVE BECKER FARM ROAD
P.O. BOX 420
ROSELAND, NEW JERSEY 07068
(973) 239-3000
FAX (973) 758-6193

E-MAIL: mgmargolis@mgm-lawfirm.com

110 WALL STREET, 11th FLOOR
NEW YORK, NEW YORK 10005-3198
(212) 859-5001 • FAX (212) 943-2300
*Please reply to Roseland Office*

MARTIN G. MARGOLIS
MEMBER NJ & NY BARS

August 9, 2011

**VIA ECF**

Hon. Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
U.S Courthouse
225 Cadman Plaza, East
Brooklyn, NY 11201

 Re: Lee Dodge, Inc. *et al.* advs. Ally Financial *et al.*
  U.S. District Court for the Eastern District of New York
  Index No. 10-4702
  **Our File No. 34,525**

Dear Judge Mauskopf:

This law Firm represents the Defendants in the above captioned matter.

This afternoon, August 9, 2011 Plaintiffs' counsel represented that it contacted TD Bank and requested that any and all restraints upon those bank accounts, other than those solely in the name of the Judgment Debtors, Mr. Robert A. Lee, Jr. and Lee Dodge, Inc. be lifted, and further, to immediately release any and all monies held, frozen or made otherwise unavailable regarding said accounts.

Further, Plaintiff Counsel represented that no further attempts will be made to interfere with the business operations of any entity or persons other than Judgment Debtors, Mr. Robert A. Lee, Jr. and Lee Dodge, Inc.

Accordingly, and in reliance upon Plaintiffs' Counsel's representations stated herein, Defendants hereby withdraw their Order to Show Cause, currently returnable before The Honorable Roslynn R. Mauskopf, U.S.D.J. on Wednesday, August 10, 2011.

# THE MARGOLIS LAW FIRM LLC
ATTORNEYS AT LAW

Hon. Roslynn R. Mauskopf, U.S.D.J.
August 9, 2011
Page 2

     Defendants are grateful for the consideration the Court provided to Defendants' concerns heretofore, and its anticipated courtesies regarding the foregoing.

                              Respectfully submitted,

                              THE MARGOLIS LAW FIRM LLC

                              MARTIN G. MARGOLIS

MGM:sld
Encls.

cc:    TD Bank (Via Fax No. 856-914-3204)
        Robert E. Brener, Esq.
        Charles Ognibene, Esq.
        Robert A. Lee, Jr.